IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AHLISHA JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-CV-00933 |
| RWK SERVICES, INC., *et al.*, | ) Judge: Patricia A. Gaughan |
| Defendants. | ) |

### STIPULATED ORDER GRANTING APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT

This matter came before the Court on the parties' Joint Motion for *In Camera* Review and Approval of Confidential Settlement Agreement. The Court finds that good cause and compelling reasons exist to GRANT the parties' Joint Motion.

The Court has reviewed the parties' Joint Motion, and has conducted an *in camera* review of the parties' Settlement Agreement and Release ("Agreement"), which was submitted to chambers contemporaneously with the Joint Motion. The Court finds that the parties have voluntarily and knowingly agreed to resolve all claims in this litigation rather than pursue protracted litigation over hotly contested issues, which would present a risk that Plaintiff receive little or no recovery. The Court is satisfied that the consideration paid by Defendants is adequate for Plaintiff's return releases and promises under the Agreement. The Court further finds that the parties' settlement is the result of arms-length negotiations involving experienced counsel, and, therefore, is not the product of fraud, collusion, or overreaching. For these reasons and those stated in the Joint Motion, the Court finds that the parties' settlement is a fair and reasonable compromise of disputed claims.

It is therefore ORDERED that the confidential Agreement between the parties is APPROVED, that the copy of the Agreement submitted to the Court should be returned to the parties.

Dated this _____ day of _____, 2017.

_____
Hon. Patricia A. Gaughan
United State District Judge

STIPULATED AND APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ Chris P. Wido (per e-mail authority) | /s/ Jeffrey N. Lindemann |
| Chris P. Wido (0090441) | Jeffrey N. Lindemann (0053073) |
| THE SPITZ LAW FIRM, LLC | FROST BROWN TODD LLC |
| 25200 Chagrin Blvd.; Suite 200 | 10 West Broad St.; Suite 2300 |
| Beachwood, Ohio 44122 | Columbus, Ohio 43215 |
| (216) 291-4744 | (614) 559-7216 |
| Fax: (216) 291-5744 | Fax: (614) 464-1737 |
| Chris.wido@spitzlawfirm.com | jlindemann@fbtlaw.com |
| *Attorney for Plaintiff Ahlisha Jones* | *Attorney for Defendants* |

0127016.0647320  4849-4002-6705v1