IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AHLISHA JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:17-CV-00933 ) |
| RWK SERVICES, INC., *et al.,* | ) Judge: Patricia A. Gaughan ) ) |
| Defendants. | ) ) ) ) |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to the terms of the parties' confidential, Court-approved settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims contained in this case ***with prejudice***. Each party will bear his, her, or its own costs.

Respectfully submitted,

/s/ *Chris P. Wido* (per e-mail authority 11/17/17)
Chris P. Wido (0090441)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Blvd.; Suite 200
Beachwood, Ohio 44122
(216) 291-4744
Fax: (216) 291-5744
Chris.wido@spitzlawfirm.com

*Attorney for Plaintiff Ahlisha Jones*

/s/ *Jeffrey N. Lindemann*
Jeffrey N. Lindemann (0053073)
FROST BROWN TODD LLC
10 West Broad St.; Suite 2300
Columbus, Ohio 43215
(614) 559-7216
Fax: (614) 464-1737
jlindemann@fbtlaw.com

*Attorney for Defendants*

0127016.0647320  4840-4362-3509v1